# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | CASE NO. 1:12 CR 342 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| vs. | ) | |
| | ) | |
| Charles William Swinney, | ) | **Order** |
| | ) | |
| Defendant. | ) | |

This matter is before the Court upon the Report and Recommendation of Magistrate Judge William Baughman, Jr. (Doc. 58). No objections have been filed. The Report and Recommendation is ACCEPTED.

While a judge "shall make a *de novo* determination of those portions of the report... to which objection is made," 28 U.S.C. § 636(b)(1)(C), when no objections have been filed this Court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation. *See* Advisory Committee Notes 1983 Addition to Federal Rule of Civil Procedure 72. The Court finds no clear error in the Magistrate Judge's conclusion that defendant committed the violations as set forth in the July 18, 2018 report after the defendant

1

admitted the fact of the violations. Accordingly, a final revocation hearing is set on September 12, 2018 at 11:00 a.m.

      IT IS SO ORDERED.

                                /s/ Patricia A. Gaughan
                              PATRICIA A. GAUGHAN
                              United States District Court
                              Chief Judge

Dated: 8/29/18